

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00196-CR

Ricky Maurice **RICHARDSON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5898
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was originally due on June 14, 2021. On August 9, 2021, Ms. Tonya Thompson filed a Notification of Late Record stating: (1) appellant failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee and (2) "Defense Counsel said [appellant] no longer wanted to appeal and [the] record was no longer needed, hence, no payment [sic] for transcript preparation [sic]."

Appellant is represented on appeal by Ms. Stefanie Collins. On August 10, 2021, this court ordered Ms. Collins file in this court, no later than August 20, 2021, either (1) a motion to dismiss this appeal that fully complies with Texas Rule of Appellate Procedure 42.2(a) or (2) if appellant wishes to continue his appeal, written proof to this court that either (a) Ms. Thompson's fee has been paid or arrangements have been made to pay the fee, or (b) appellant is entitled to appeal without paying the fee. Our order also stated that, if Ms. Collins failed to respond by August 20, 2021, appellant's brief would be due within thirty (30) days from the date of our order, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. Ms. Collins has failed to respond to our August 10, 2021 order or file appellant's brief.

Ms. Collins is hereby ORDERED to respond to this court in writing **no later than October 7, 2021**. The response should state a reasonable explanation for failing to timely respond to our August 10, 2021 order and for failing to file the brief, and demonstrate the steps being taken to remedy the deficiency. If Ms. Collins fails to file an adequate response by

October 7, 2021, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court